## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00049-KAS

Casey Harmason,
    Plaintiff.

v.

Edward Rivas and C.R. England, Inc.
    Defendants.

---

## NOTICE OF SETTLEMENT

---

Defendants Edward Rivas and C.R. England, Inc., by and through their undersigned counsel, Hall & Evans, LLC, respectfully submits the following Notice of Settlement.

1. The parties have reached a settlement for the above-captioned case.

2. The parties request that all hearings and deadlines be vacated.

3. It is anticipated that the settlement documents will be finalized, and appropriate dismissal papers filed with the Court within thirty (30) days.

Respectfully submitted this 18th day of September 2024.

                                          *s/ Brooke A. Churchman*
                                        Lance G. Eberhart, Esq.
                                        Brooke A. Churchman, Esq.
                                        Hall & Evans, L.L.C.
                                        1001 17th Street, Suite 300, Denver, CO 80202
                                        303-628-3300 /Fax: 303-628-3368
                                        eberhartl@hallevans.com
                                        churchmanb@hallevans.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 18th day of September 2024, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was filed with the Court via CM/ECF and served on the below-listed party by email:

Jerry R. Bowman, Esq.
bowman@copihelp.com

Alana M. Anzalone, Esq.
Alana.Anzalone@anzalonelaw.com

*s/ Sarah Stefanick*