IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-00049-KAS

Casey Harmason,
    Plaintiff.

v.

Edward Rivas and C.R. England, Inc.
    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Casey Harmason, and Defendants C.R. England and Edward Rivas, by and through undersigned counsel, hereby stipulate to dismissal, with prejudice, of the above-captioned action with each party to bear their own attorney's fees and costs.

Respectfully submitted this 12th day of November 2024.

BOWMAN LAW, LLC

/s/ Jerry R. Bowman
Jerry R. Bowman, Atty. No. 43457
Alana M. Anzalone, Atty. No. 45711
2727 Bryant Street, Suite 102
Denver CO, 80211
Phone Number: 720-505-2704
Fax Number: 720-505-2704
bowman@copihelp.com
anzalone@copihelp.com

*s/ Brooke A. Churchman*
Lance G. Eberhart, Esq.
Brooke A. Churchman, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300,
Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
eberhartl@hallevans.com
churchmanb@hallevans.com

### CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 12th day of November 2024, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with the Court via CM/ECF and served on the below-listed party by email:

Jerry R. Bowman, Esq.
bowman@copihelp.com

Alana M. Anzalone, Esq.
Alana.Anzalone@anzalonelaw.com

*s/ Vickie Ray*
Vickie Ray, Legal Assistant